```
GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant United States Attorney
State Bar No.: 024193
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff
```

FILED
2023 JAN 18 PM 12: 18
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Gil Espinoza-Gilberto,<br>aka Gilberto Gil-Espinoza,<br><br>　　　　　Defendant. | **CR23-00070 TUC-JGZ(MSA)**<br><br>**I N D I C T M E N T**<br><br>Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(2))<br><br>(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about December 20, 2022, in the District of Arizona, to wit: at or near Sasabe, Gil Espinoza-Gilberto, aka Gilberto Gil-Espinoza, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Brownsville, Texas, on or about February 15, 2022, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8,

///

United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   January 18, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

KEVIN D. SCHIFF
Assistant United States Attorney